# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :   NO. 987
                                                :
APPOINTMENT TO THE COMMITTEE    :   SUPREME COURT RULES DOCKET
ON RULES OF EVIDENCE                   :
                                                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2024, Marian G. Braccia, Esquire, Philadelphia, is hereby appointed as a member of the Committee on Rules of Evidence for a term of six years, commencing October 1, 2024.